Ronald GOAD, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7128.

United States Court of Appeals, Federal Circuit.

June 9, 2004.

Kenneth M. Carpenter, Principal Attorney, Topeka, KS, for Claimant–Appellant.

Kyle E. Chadwick, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.